UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
HENRY F. HEWES, :
:
Plaintiff, :
: 19-CV-9158 (JMF)
-v- :
: ORDER
ALABAMA SECRETARY OF STATE et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 4, 2019, the Court ordered all Defendants that have been served as stated in ECF No. 4 to confer and submit a joint letter by November 15, 2019, proposing a briefing schedule for a consolidated motion to dismiss raising potentially dispositive issues common to multiple or all Defendants. *See* ECF No. 18. To date, no such joint letter has been filed.

      Accordingly, it is hereby ORDERED that Defendants shall file the required joint letter no later than **Thursday, November 21, 2019**. Failure to do so may result in sanctions.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: November 18, 2019
       New York, New York
                                                JESSE M. FURMAN
                                          United States District Judge