UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :
HENRY F. HEWES,                      :

                Plaintiff,            :
                    :     19-CV-9158 (JMF)
    -v-                            :
                    :     ORDER
ALABAMA SECRETARY OF STATE et al.,    :

                Defendants.      :
                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's prior Order at ECF No. 18 (and notwithstanding its later Order at ECF No. 25), a group of Defendants did, in fact, timely submitted a proposed briefing schedule for consolidated motions to dismiss. *See* ECF No. 23. Although not all Defendants consented to the proposal, no other proposals were submitted by the November 15, 2019 deadline.

      Accordingly, Defendants' proposed schedule is ADOPTED subject to the following modifications: All Defendants, including those who did not affirmatively consent to the proposal at ECF No. 23, shall file a single joint motion to dismiss raising common, potentially dispositive issues — including, but not limited to, the issues described in **both** the First and Second Rounds proposed by Defendants at ECF No. 23 — by **December 19, 2019**. If the case remains unresolved following Defendants' joint motion to dismiss, the Court will set a briefing schedule for any further motions to dismiss thereafter. Defendants (including those who did not consent to the joint proposal) may **not** file a separate motion to dismiss absent leave of the Court obtained in advance through a letter-motion filed on ECF.

      If Defendants file a joint motion to dismiss, Plaintiff shall file any opposition by **January 23, 2020**. Defendants shall file a single joint reply by **January 30, 2020**.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: November 19, 2019
       New York, New York               _____
                                                       JESSE M. FURMAN
                                                   United States District Judge