UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HENRY F. HEWES,                                                    :
                                                                   :
                                Plaintiff,                         :
                                                                   :     19-cv-9158 (LJL)
            -v-                                                    :
                                                                   :     ORDER
ALABAMA SECRETARY OF STATE, et al.,                                :
                                                                   :
                                Defendant.                         :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     In response to Plaintiff's Amended Complaint (*see* Dkt. No 59), Defendants have indicated that they wish to rely on their previously filed Motion to Dismiss (*See* Dkt. Nos. 54-55, 61). Plaintiff has not yet filed any opposition to the motion to dismiss. It is hereby ORDERED that Plaintiff's opposition to Defendants' motion to dismiss is due by May 8, 2020. Defendants' reply to any opposition is due one week after the opposition is filed. If Plaintiff does not file an opposition to the motion to dismiss on or before May 8, 2020, the Court will consider the motion unopposed.

     The Court will mail a copy of this order to the Plaintiff.

     In addition, the Plaintiff is advised that in light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to the following email address:

     Temporary_Pro_Se_Filing@nysd.uscourts.gov.

     Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new email service for pro se parties, please visit the "Response to COVID-19" page on the Court's website, available at https://nysd.uscourts.gov/covid-19-coronavirus.

     SO ORDERED.

Dated: April 10, 2020  
      New York, New York                             LEWIS J. LIMAN  
                                                    United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 4/10/2020